IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAIME MENESES MENA,  :
:
    Petitioner  :
:
v.  :  CIVIL NO. 4:CV-15-768
:
UNITED STATES OF AMERICA,  :  (Judge Brann)
:
    Respondent  :

## **ORDER**

April 28, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Western District of Pennsylvania.

    2.    The Clerk of Court is directed to **CLOSE** the case.

    BY THE COURT:


    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge